AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

E-mail Account macaviationltd@gmail.com
Maintained on Computer Servers Operated
by GOOGLE, Inc., Headquartered at
1600 Amphitheatre Parkway,
Mountain View, California

**SEARCH WARRANT**

CASE NUMBER: 08-657-M-02

TO: __Brett A. Gentrup__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by U.S. Department of Homeland Security, Special Agent Brett A. Gentrup who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location) e-mail accounts identified by user account **macaviationltd@gmail.com** maintained on computer servers operated by GOOGLE,Inc., Headquartered at 1600 Amphitheatre Parkway, Mountain View, California, and more fully described in ATTACHMENT A to this application

in the Central District of California, there is now concealed certain property the disclosure of which is governed by 18 U.S.C. §§ 2701-2711, namely (describe the person or property)

contents of electronic e-mails and other electronic data more fully described in the Application and ATTACHMENT A to this Application (which are both incorporated into this Warrant as if set forth fully herein).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___NOV 13 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 03 2008

Date and Time Issued

**ALAN KAY**
S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/3/2008 | 11/3/08  13:18 | Google, Inc. Legal Dept. |

**INVENTORY MADE IN THE PRESENCE OF** S/A Dave Hedler

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 CD-Rom STC the contents of g-mail account macaviationltd@gmail.com

FILED
NOV 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*    11-24-08
U.S. Judge or U.S. Magistrate Judge    Date